IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | | |
| ) | | |
| BETTY GOOCH BISHOP ) | CASE NO. 11-80515 | |
| AKA BETTY G. DAYE, AKA BETTY ) | | |
| G. JONES, AKA BETTY J. GOOCH ) | CHAPTER 13 | |
| SSN: xxx-xx-5829 ) | | |
| DEBTOR ) | | |
| ) | | |
| ) | | |

### NOTICE OF APPEARANCE

Joseph J. Vonnegut, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of his appearance in the above-styled matter as attorney for BAC Home Loans Servicing, LP.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| **BAC Home Loans Servicing, LP** | **BAC Home Loans Servicing, LP** | **Joseph J. Vonnegut** |
| c/o Joseph J. Vonnegut | represented by: | 4317 Ramsey Street |
| Bankruptcy Department | | P.O. Box 2505 |
| P.O. Box 2505 | | Fayetteville, NC 28302 |
| Fayetteville, NC 28302 | | 910-864-2668 |
| | | 910-864-6177 (fax) |
| | | hsbbkydept@hutchensandsenter.com |

This, the 16th day of May, 2011.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Joseph J. Vonnegut
    Joseph J. Vonnegut
    Attorney for Movant
    4317 Ramsey Street
    Post Office Box 2505
    Fayetteville, NC 28302
    (910) 864-2668
    State Bar No. 32974

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtor:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC  27702

      This, the 16th day of May, 2011.

                          THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

                          BY:  s:/Joseph J. Vonnegut
                                  Joseph J. Vonnegut
                                  Attorney for Movant
                                  4317 Ramsey Street
                                  Post Office Box 2505
                                  Fayetteville, NC 28302
                                  (910) 864-2668
                                  State Bar No. 32974